UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEAN MINSKOFF GRANT,

                Plaintiff,

-against-

MYCA, LLC and 2220 EQUITIES MANAGEMENT
LIMITED PARTNERSHIP,

                Defendants.

No. 08 CV 508 (CLB)
**FILED BY ECF**

### NOTICE OF MOTION TO DISMISS
### PLAINTIFF'S SECOND CLAIM FOR INJUNCTIVE RELIEF

**PLEASE TAKE NOTICE**, that upon the accompanying Declaration Of Michael D. Lockard In Support Of Defendants' Joint Motion To Dismiss Plaintiffs' Second Claim for Injunctive Relief, and exhibits attached thereto; Declaration Of Sara Minskoff Allan In Support Of Defendants' Joint Motion To Dismiss Plaintiffs' Second Claim For Injunctive Relief, and exhibits attached thereto; Declaration Of Royanne Minskoff In Support Of Defendants' Joint Motion To Dismiss Plaintiffs' Second Claim For Injunctive Relief, and exhibits attached thereto; Memorandum Of Law In Support Of Defendants MYCA, LLC's And 2220 Equities Management Limited Partnership's Joint Motion To Dismiss Plaintiffs' Second Claim For Injunctive Relief; and Defendants MYCA, LLC's and 2220 Equities Management Limited Partnership's Local Rule 56.1 Statement Of Undisputed Material Facts In Support Of Defendants' Joint Motion For Summary Judgment; the undersigned, on behalf of MYCA, LLC and 2220 Equities Management Limited Partnership, will move this Court before Part 1, at the United States Courthouse, Southern District of New York, located at 300 Quarropas Street, White Plains, New York 10601 in Courtroom 218 on April 4, 2008, at 9:30 a.m., or such other

time or date as the Court desires, pursuant to Rules 12(b)(6) and 56 of the Federal Rules of Civil Procedure to dismiss plaintiff Jean Minskoff Grant's second cause of action for a permanent injunction.

Dated: February, 28 2008

Respectfully submitted,

AKIN GUMP STRAUSS HAUER & FELD LLP

By: _____
Michael D. Lockard (ML 2836)
Rebecca N. Loubriel (RL 4726)
590 Madison Avenue
New York, NY 10022
Telephone: (212) 872-7439
Facsimile: (212) 872-1002

*Counsel for defendant MYCA, LLC*

-and-

WHITEMAN OSTERMAN & HANNA LLP
Philip H. Gitlen (PG 9603)
Christopher E. Buckey (CB 0187)
One Commerce Plaza
Albany, New York 12260
Telephone: (518) 487-7600
Facsimile: (518) 487-7777

*Counsel for defendant
2220 Equities Management Limited
Partnership*

TO:  WILLKIE FARR & GALLAGHER
     Thomas H. Golden
     787 Seventh Avenue
     New York, New York 10019

     *Attorneys for plaintiff Jean Minskoff Grant*