UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEAN MINSKOFF GRANT,

                Plaintiff,

-against-

MYCA, LLC and 2220 EQUITIES MANAGEMENT LIMITED PARTNERSHIP,

                Defendants.

No. 08 CV 508 (CLB)

FILED BY ECF

Rule 7.1 Statement

Pursuant to Federal Rule of Civil Procedure 7.1, formerly Local General Rule 1.9, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for 2220 Equities Management Limited Partnership (a private non-governmental party) certifies that the foregoing party is a limited partnership that has no parent corporation and is not a publicly held corporation.

Date: February 28, 2008

                WHITEMAN OSTERMAN & HANNA LLP

              By: _____
                  Christopher E. Buckey (CB 0187)
                  One Commerce Plaza
                  Albany, New York 12260
                  Telephone: (518) 487-7600
                  Facsimile: (518) 487-7777

                  *Counsel for defendant*
                  *2220 Equities Management Limited*
                  *Partnership*