UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JEAN MINSKOFF GRANT,

                Plaintiff,

-against-

MYCA, LLC and 2220 EQUITIES MANAGEMENT LIMITED PARTNERSHIP,

                Defendants.

No. 08 CV 508 (CLB)

**FILED BY ECF**

**Rule 7.1 Statement**

---

Pursuant to Federal Rule of Civil Procedure 7.1, formerly Local General Rule 1.9, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for MYCA, LLC (a private non-governmental party) certifies that the foregoing party is a limited liability company that has no parent corporation and is not a publicly held corporation.

Dated: February 28, 2008

                              Respectfully submitted,

                              AKIN GUMP STRAUSS HAUER & FELD LLP

                              By: _____
                                  Michael D. Lockard (ML 2836)
                                  Rebecca N. Loubriel (RL 4726)
                                  590 Madison Avenue
                                  New York, NY 10022
                                  Telephone: (212) 872-7439
                                  Facsimile: (212) 872-1002

                                  *Counsel for defendant MYCA, LLC*