UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INDEX NO. 08 CIV 0508
DATE FILED: JANUARY 18, 2008

*JEAN MINSKOFF GRANT,*

Plaintiff(s)

*against*

*MYCA, LLC, et al.*

Defendant(s)

STATE OF IDAHO, COUNTY OF ADA, SS.:    AFFIDAVIT OF SERVICE

_Mark Schmitt_ being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides at _Boise, ID_. That on _February 8, 2008_ at _12 00 PM_, at _2220 E. GOSSAMER LANE, BOISE, ID 83706_ deponent served the within _Summons In A Civil Case and Complaint, Civil Cover Sheet, Indiv Practices of Judge Charles L. Brieant, USDC/SDNY Instructions for Filing an Electronic Case or Appeal; USDC/SDNY Procedures for Electronic Case Filing; USDC/SDNY Guidelines for Electronic Case Filing._

on _2220 EQUITIES MANAGEMENT LIMITED PARTNERSHIP_

a(n) _defendant herein_, by delivering thereat a true copy thereof to _ALAN MINSKOFF, Officer_, personally, deponent knew said _defendant herein_ so served to be the _defendant herein_ so described, and knew said individual to be an authorized agent thereof. Deponent asked said individual if they were able to accept on behalf of said _defendant herein_ and they responded with an affirmative.

Deponent describes the individual served as follows: Gender: _Male_  Skin Color: _White_  Hair Color: _Silver_
Age: _56 - 65 Yrs._  Height: _5'7" - 5'8"_  Weight: _146 - 180 Lbs._  Other: _Person served wore glasses_

Sworn to before me on this _2 6_ day of _February, 2008_

Mark Schmitt
Server's Lic. #

Affidavit #9997649

_& Gallagher, LLP_, Ph: 212-728-8790
_78_ _th_ Avenue New York NY 10019   File No.:

*PRO-FILE LAWYER'S SERVICES - 821 FRANKLIN AVE., GARDEN CITY, NY 11530 - 516-747-1330 - FAX 516-747-1166*

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern  District of  New York

Jean Minskoff Grant, Plaintiff

V.

MYCA, LLC and 2220 Equities Management Limited Partnership, Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**08 CIV. 0508
BRIEANT**

TO: (Name and address of Defendant)

MYCA, LLC
220 Sunrise Ave., Room 212; Palm Beach, FL 33480

2220 Equities Management Limited Partnership
2200 E. Gossamer Lane; Boise, ID 83706

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas H. Golden
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. Michael McMahon
CLERK

DATE  JAN 1 8 2008

(By) DEPUTY CLERK

◈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct. |

Executed on _____    _____
               Date                       *Signature of Server*

                                       _____
                                       *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.