# WILLKIE FARR & GALLAGHER LLP

787 Seventh Avenue
New York, NY 10019-6099
Tel: 212 728 8000
Fax: 212 728 8111

April 1, 2008

**VIA FACSIMILE**

The Honorable Charles L. Brieant
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas St., Room 275
White Plains, NY 10601

Re: *Grant v. MYCA, LLC, et al.*, No. 08 CV 508 (CLB)
*Scorpio 8283 LLC v. MYCA, LLC*, No. 08 CV 510 (CLB)
*MLP I, et al. v. MYCA, LLC, et al.*, No. 08 CV 511 (CLB)

Dear Judge Brieant:

We represent plaintiffs in the above-captioned actions (the "Actions") seeking the dissolution of various partnerships. Pending before the Court are motions to dismiss (the "Motions To Dismiss") filed by defendants MYCA, LLC, and 2220 Equities Management Limited Partnership ("2220 Equities") as well as cross-motions (the "Cross-Motions") filed by plaintiffs.

This letter is to confirm, further to a telephone conversation among your Deputy Clerk, Ms. Alice Cama; Michael Lockard, Esq. of Akin Gump Strauss Hauer & Feld, LLP, counsel for defendant MYCA, LLC; and me, that the return date for the above motions in each of the Actions has been reset from April 18, 2008, to May 2, 2008.[1] Although counsel for defendant 2220 Equities did not participate on the call, counsel is aware of and in agreement with the new May 2, 2008, return date for the motions, and is copied on this letter.

Additionally, as discussed with Ms. Cama, the parties have agreed to a briefing schedule pursuant to which the defendants will file in each Action, by April 17, 2008, papers that set forth both a reply in

---

[1] The return date for the Motions To Dismiss initially was set for April 4, 2008, but that return date previously was adjourned to April 18, 2008, as reflected in the letter from me to counsel for Moving Defendants, with a copy to the Court, dated March 14, 2008, a copy of which is attached hereto as Exhibit 1.

NEW YORK  WASHINGTON  PARIS  LONDON  MILAN  ROME  FRANKFURT  BRUSSELS

The Honorable Charles L. Brieant
April 1, 2008
Page 2

support of the Motions To Dismiss and a response in opposition to the Cross-Motions, and plaintiffs will file in each Action, by April 28, 2008, reply papers in support of their Cross-Motions.

Finally, Ms. Cama noted that, in light of the pending motions, the scheduling conference that had been set for April 4, 2008, has been adjourned and a new date will be set by the Court, if necessary, when the motions are decided.

If any of the above information reflects an inaccurate understanding, or if the Court otherwise wishes to discuss the matters addressed in this letter, we and counsel for the defendants are available to speak at the Court's convenience.

Respectfully submitted,

Maren H.P. Wax

cc:   Michael D. Lockard, Esq.
      Philip H. Gitlen, Esq.

# EXHIBIT 1

# WILLKIE FARR & GALLAGHER LLP

787 Seventh Avenue
New York, NY 10019-6099
Tel: 212 728 8000
Fax: 212 728 8111

March 14, 2008

**VIA FACSIMILE**

Michael D. Lockard, Esq.
Akin Gump Strauss Hauer & Feld LLP
590 Madison Avenue
New York, NY 10022

Philip H. Gitlen, Esq.
Whiteman Osterman & Hanna LLP
One Commerce Plaza
Albany, NY 12260

Re: *Grant v. MYCA, LLC, et al.*, No. 08 CV 508 (CLB)
 *Scorpio 8283 LLC v. MYCA, LLC*, No. 08 CV 510 (CLB)
 *MLP I, et al. v. MYCA, LLC, et al.*, No. 08 CV 511 (CLB)

Counsel:

Further to the letter of today from Thomas H. Golden, of this firm, to Judge Brieant, which requested an adjournment of the briefing schedule in the above-captioned actions, I spoke this afternoon with Judge Brieant's law clerk who informed me that the Court had granted the requested adjournment. The new schedule requires plaintiffs to respond on or before March 26, 2008, to the pending motions and requires moving defendants to file reply memoranda on or before April 9, 2008.

The Court has set April 18, 2008, at 10:00 a.m., as a new return date for oral argument on the motions and has advised that no further adjournments will be granted.

Very truly yours,

Maren H.P. Wax

cc: The Honorable Charles L. Brieant

NEW YORK  WASHINGTON, DC  PARIS  LONDON  MILAN  ROME  FRANKFURT  BRUSSELS