UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JEAN MINSKOFF GRANT,

                 Plaintiff,

        -against-

MYCA, LLC and 2220 EQUITIES MANAGEMENT LIMITED PARTNERSHIP,

                 Defendants.

No. 08 CV 508 (CLB)
**FILED BY ECF**

---

## RESPONSE OF 2220 EQUITIES MANAGEMENT LIMITED PARTNERSHIP TO PLAINTIFF'S LOCAL RULE 56.1 STATEMENT OF UNDISPUTED MATERIAL FACTS

Defendant 2220 Equities Management Limited Partnership ("2220 Equities"), by and through its undersigned counsel, states the following responses to the allegations set forth in Plaintiff's Local Rule 56.1 Statement:

1.    **Allegation:** Halstead-Harrison Associates (the "Partnership") is a New York general partnership. (See Cplt. ¶ 1; Allan Decl. ¶ 1).

      **Response:** Admitted.

2.    **Allegation:** Plaintiffs and defendants all are partners in the Partnership and there are no other partners in the Partnership. (See Cplt. ¶ 5; Allan Decl. ¶¶ 1, 2, 5).

      **Response:** Admitted.

3.    **Allegation:** The partners of the Partnership have been in a state of sharp discord regarding the way in which to conduct the Partnership's affairs. (See Cplt. ¶¶ 19-22; Allan Decl. ¶ 20).

**Response:** Disputed. The partners have been in a state of sharp discord over the "management and day-to-day operations" of the properties with which Grant has been intimately involved. (Defendants' MYCA, LLC's and 2220 Equities Management Limited Partnership's Local Rule 56.1 Statement of Undisputed Material Facts in Support of Defendants' Joint Motion for Summary Judgment, ¶ 20; Plaintiff's Counter Statement Pursuant to Rule 56.1 in Opposition to Defendants' Motion for Partial Summary Judgment, ¶¶ 19-20). 2220 Equities has disagreed with Grant over a number of matters affecting the partnerships and their properties, including leasing, capital expenditures, and the fees collected by MGRMC. (Declaration of Royanne Minskoff in Support of Defendants' Joint Motion to Dismiss the Complaint, dated February 28, 2008 ("Minskoff Decl.") ¶ 4; Reply Declaration of Alan Minskoff in Further Support of Defendants' Joint Motion to Dismiss the Complaint and in Opposition to Plaintiff's Cross-Motion, dated April 17, 2008 ("Minskoff Reply Decl.") ¶¶ 5-9). 2220 Equities also believes that Grant and her company do not provide it with sufficient information about matters affecting the partnerships and their properties and is not responsive to 2220 Equities' questions, concerns or interests. (Id.). In some circumstances, 2220 Equities has been unable to obtain sufficient information from Grant about matters affecting the partnerships or their properties to be able to determine what actions Grant and her company are taking or have taken with respect to the properties, and whether the properties are being managed in the best interests of the partnerships. (Id.).

4.  **Allegation:** There has been broad recognition among the partners that the Partnership cannot continue to operate constructively in its present form. (See Grant Aff. ¶ 3).

**Response:** Disputed. 2220 Equities and MYCA, LLC together control a majority of the partnership interests in Halstead-Harrison Associates. (Minskoff Reply Declaration ¶ 3).

The majority of partnership interests decided to hire Armstrong Management, an independent, third-party managing agent, to manage the property owned by the Partnership and the majority continues to make decisions on behalf of the Partnership. (Minskoff Decl. ¶¶ 10-13).

Dated: April 17, 2008

                                  Respectfully submitted,

                                  WHITEMAN OSTERMAN & HANNA LLP

By: _____
       Philip H. Gitlen (PG 9603)
       Christopher E. Buckey (CB 0187)
       William S. Nolan (WN 8091)
       One Commerce Plaza
       Suite 1900
       Albany, New York 12260
       Telephone: (518) 487-7600
       Facsimile: (518) 487-7777

*Counsel for Defendant*
*2220 Equities Management*
*Limited Partnership*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JEAN MINSKOFF GRANT,

                      Plaintiff,    :  No. 08 CV 508 (CLB)

                                :  **FILED BY ECF**

          -against-

MYCA, LLC and 2220 EQUITIES MANAGEMENT
LIMITED PARTNERSHIP,

                      Defendants.

---

      I hereby certify that on April 17, 2008, I electronically filed the RESPONSE OF 2220 EQUITIES MANAGEMENT LIMITED PARTNERSHIP TO PLAINTIFF'S LOCAL RULE 56.1 STATEMENT OF UNDISPUTED MATERIAL FACTS with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

      Thomas Golden, Esq.
      Willkie Farr & Gallagher
      787 Seventh Avenue
      New York, New York  10019

      Michael D. Lockard, Esq.
      Akin Gump Strauss Hauer & Feld LLP
      590 Madison Avenue
      New York, New York  10022

                                        */s/ Carrie L. Lalyer*
                                        Carrie L. Lalyer