UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JEAN MINSKOFF GRANT,

        Plaintiff,      No. 08 CV 508 (CLB)
                 **FILED BY ECF**

  -against-

MYCA, LLC and 2220 EQUITIES MANAGEMENT
LIMITED PARTNERSHIP,

        Defendants.

---

MLP I and QCR 77 LLC,

        Plaintiffs,      No. 08 CV 511 (CLB)
                 **FILED BY ECF**

  -against-

MYCA, LLC and 2220 EQUITIES MANAGEMENT
LIMITED PARTNERSHIP,

        Defendants.

---

## NOTICE OF APPEARANCE

  Please enter the appearance of Christopher E. Buckey, Esq., of the law firm of Whiteman Osterman & Hanna LLP, as counsel for Defendant 2220 Equities Management Limited Partnership in the above-captioned actions.

Dated: Albany, New York
    April 18, 2008        WHITEMAN OSTERMAN & HANNA LLP

              BY: _____
                  Christopher E. Buckey (CB 0187)
                  Counsel for Defendant 2220 Equities
                    Management Limited Partnership
                  One Commerce Plaza
                  Albany, NY 12260
                  (518) 487-7600

## CERTIFICATE OF SERVICE

I, Kimberly A. Crawford, hereby certify that a true and correct copy of Defendant 2220 Equities Management Limited Partnership's Notice of Appearance was served this 18th day of April, 2008, via ECF upon the ECF participants.

_____
Kimberly A. Crawford