UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK  

Rev. 3/01

-----------------------------------------------------------------x

GRANT

ORDER OF REFERENCE  
TO A MAGISTRATE JUDGE

                              Plaintiff,

-against-

MYCA LLC

                              Defendant.

08 Civ. 508  (CLB)(LMS)  
08 Civ. 510  (CLB)(LMS)  
08 Civ. 511  (CLB)(LMS)

-----------------------------------------------------------------x

       The above entitled action is referred to the Honorable Lisa M. Smith, United States Magistrate Judge. The purpose(s) for the reference is/are the following:

| | | |
|---|---|---|
| \_\_\_\_ | General Pretrial/Including Initial Case Management Conference | \_\_\_\_ Trials under 28 U.S.C. § 636(c) |
| | - or - | |
| \_\_\_\_ | General Pretrial/After Initial Case Management Conference held by District Judge | \_\_\_\_ Inquest (After default) |
| \_\_\_\_ | Discovery motion or other motion which does not require a report and recommendation (Do not check if assigned by GPT) | \_\_\_\_ Contested Damages Hearing |
| \_\_\_\_ | Discovery Disputes only when District Judge is unavailable (Do not check if assigned for GPT) | \_\_\_\_ Dispositive motion (i.e. motion requiring a report and recommendation) |
| \_\_\_\_ | Settlement (Do not check if assigned for GPT) | \_\_\_\_ Habeas Corpus |
| \_X\_ | All purposes permitted by law. | |

SO ORDERED.

Dated: White Plains, New York

*Charles L. Brieant* (signature)

_____  
Charles L. Brieant, U.S.D.J.