UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

JEAN MINSKOFF GRANT,                           :

       Plaintiff,                                    :

       -against-                                     :   08 Civ. 0508 (CLB)(LMS)

MYCA, LLC and 2220 EQUITIES                    :
MANAGEMENT LIMITED PARTNERSHIP,
       Defendants                                    :

-----------------------------------------------------------x

SCORPIO 8283 LLC,                              :

       Plaintiff,                                    :

       -against-                                     :   08 Civ. 0510 (CLB)(LMS)

2220 EQUITIES MANAGEMENT LIMITED               :
PARTNERSHIP and MYCA, LLC,
       Defendants                                    :

-----------------------------------------------------------x

MLP I and QCR 77 LLC,                          :

       Plaintiffs,                                   :

       -against-                                     :   08 Civ. 0511 (CLB)(LMS)

MYCA, LLC and 2220 EQUITIES                    :
MANAGEMENT LIMITED PARTNERSHIP,
       Defendants                                    :

-----------------------------------------------------------x

**ORDER APPOINTING INDEPENDENT ACCOUNTANT AND SPECIAL MASTER**

Pursuant to the agreement of the parties as set forth on the record in open court on June 25, 2008, it is hereby Ordered, for purposes of insuring that the dissolution and winding-up of the

real estate partnerships at issue in these three actions is done with transparency and fairness, that:

The Court appoints Mark G. Bosswick of Berdon, LLP, telephone (212) 331-7619, as an Independent Accountant for the real estate partnerships at issue in these three actions, to perform accounting functions in connection with their dissolution and winding-up; and

The Court appoints Lawrence J. Lipson, Esq., telephone (908) 693-5568, as Special Master to supervise the production of financial information to the independent accountant, assuring that such production is complete, and also to review the current and proposed management of the properties, for purposes of making a recommendation to the Court about an appropriate management firm during the dissolution and winding-up.

The Independent Accountant and the Special Master shall be reimbursed at their normal billing rates. The plaintiff(s) in each of these three actions shall be responsible to pay one-sixth of the fees (for a total of one-half to be paid by plaintiffs), and the defendants, who are the same in each of the three actions, shall be responsible to pay one-half of the fees.

Counsel for the parties are directed to contact Mr. Bosswick and Mr. Lipson promptly to discuss the process to be followed in furtherance of this Order.

Dated: July 17, 2008
       White Plains, New York

                                       **SO ORDERED**

                                       Lisa Margaret Smith
                                       United States Magistrate Judge
                                       Southern District of New York

Copies of this Order have been sent to:
Mark G. Bosswick, Independent Accountant
Lawrence J. Lipson, Esq., Special Master

Thomas H. Golden, Esq., counsel for plaintiffs

Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019

Michael Dennis Lockard, Esq., counsel for defendant MYCA LLC
Akin Gump Strauss Hauer & Feld LLP
590 Madison Avenue
New York, NY 10022

Christopher Edward Buckey, Esq., counsel for defendant 2220 Equities Mgmt. Ltd. Partnership
Whiteman Osterman & Hanna LLP
One Commerce Plaza
Albany, NY 12260